# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

142061

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AUTO CLUB INSURANCE
ASSOCIATION,
            Plaintiff-Appellee,

v

SC: 142061
COA: 291911
Wayne CC: 07-713613-NF

FRANCINE SCOTT,
            Defendant,

and

FARMERS INSURANCE EXCHANGE,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
                    Clerk

p0228